[No. 47239-2-II.   Division Two.   June 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMSEY RAY SHABEEB, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00769-8, Gregory M. Gonzales, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 32555-5-III.   Division Three.   June 14, 2016.]

*In the Matter of the Detention of* RONALD D. LOVE.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-2-50028-0, Robert G. Swisher, J., entered June 2, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 32704-3-III.   Division Three.   June 14, 2016.]

WESLEY B. AMES ET AL., *Appellants*, v. DARLEEN AMES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-02527-7, Kathleen M. O'Connor, J., entered July 14, 2014. *Reversed* and *remanded* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 32876-7-III.   Division Three.   June 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW OWEN HASTINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-1-00140-9, M. Scott Wolfram, J., entered November 4, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.